# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 81 MAP 2014 |
| | : |
| Appellant | : Appeal from the Bucks County Court of |
| | : Common Pleas Order of June 20, 2014, at |
| | : No. CP-09-CR-0005477-2013 |
| v. | : |
| | : |
| | : |
| ARNETT PENDERGRASS, | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**

AND NOW, this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED**. See Commonwealth v. Hopkins, 117 A.3d 247 (Pa. 2015).